## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHELE METCALF, for herself and all others similarly situated,<br><br>    Plaintiff,<br><br>  v.<br><br>TRANSPERFECT GLOBAL INC.,<br><br>    Defendant. | Case No. 19-cv-10104 (AJN) (KHP)<br><br>**NOTICE OF MOTION** |

**PLEASE TAKE NOTICE** that upon the Declaration of Daniel Turinsky, dated November 15, 2019, with attached exhibits, and the accompanying Memorandum of Law filed simultaneously herewith, Defendant, by its attorneys, DLA Piper LLP (US), will move before the Honorable Judge Alison J. Nathan, United States District Judge of the United States District Court, Southern District of New York, at 40 Foley Square, New York, New York 10007, on a date and at a time designated by the Court, for an Order pursuant to Rule 12(b)(1) of the Federal Rule of Civil Procedure to dismiss Plaintiff's Complaint and for such other and further relief as the Court deems necessary and proper. The grounds upon which Defendant seeks relief are set forth in detail in the accompanying Memorandum of Law.

2

Dated: New York, New York
November 15, 2019

**DLA PIPER LLP (US)**

By: /s/ Daniel Turinsky
Daniel Turinsky
daniel.turinsky@dlapiper.com
Garrett David Kennedy
garrett.kennedy@dlapiper.com
1251 Avenue of the Americas, 27th Floor
New York, New York 10020
Tel.: (212) 335-4500
Fax: (212) 335-4501

*Attorneys for Defendant*