USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 06/28/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

MICHELE METCALF and HANNAH LAWSON, individually and on behalf of all others similarly situated,

                Plaintiffs,

-against-

TRANSPERFECT TRANSLATIONS INTERNATIONAL, INC.,

                Defendants.

------------------------------------------------------------------X

**ORDER SCHEDULING CASE MANAGEMENT CONFERENCE**

**19-CV-10104 (AJN) (KHP)**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

      This case has been referred to me for General Pretrial and settlement purposes (docket no. 95). A case management conference in this matter is hereby scheduled for **Monday, August 2, 2021 at 11:00 a.m.** in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York. **Counsel and parties are required to follow the Court's COVID-safety protocols and should review the Court's website in advance of the conference for the most up to date information.**

      SO ORDERED.

Dated: June 28, 2021
       New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge