USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 07/01/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

MICHELE METCALF and HANNAH LAWSON, individually and on behalf of all others similarly situated,

                         Plaintiffs,

      -against-

TRANSPERFECT TRANSLATIONS INTERNATIONAL, INC.,

                        Defendants.
-----------------------------------------------------------------X

**ORDER RESCHEDULING CASE MANAGEMENT CONFERENCE**

**19-CV-10104 (AJN) (KHP)**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

      The case management conference in this matter scheduled for Monday, August 2, 2021 at 11:00 a.m. in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York is hereby rescheduled to **Monday, August 23, 2021 at 11:00 a.m. Counsel and parties are required to follow the Court's COVID-safety protocols and should review the Court's website in advance of the conference for the most up to date information.**

      SO ORDERED.

Dated: July 1, 2021
       New York, New York

                                                KATHARINE H. PARKER
                                                United States Magistrate Judge