USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:   9|4: |4243

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Michele Metcalf, *et al.*

                    Plaintiffs,

        –v–

Transperfect Translations International, Inc.,

                    Defendant.

19-cv-10104 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

In light of the extension of the discovery deadlines in this case, the post-discovery

conference scheduled for August 6, 2021, is adjourned to September 3, 2021, at 3:30 p.m.

        SO ORDERED.

Dated:  July 28, 2021
        New York, New York

_____
            ALISON J. NATHAN
        United States District Judge