

DLA Piper LLP (US)
1251 Avenue of the Americas
27th Floor
New York, New York 10020-1104
www.dlapiper.com

Daniel Turinsky
Daniel.Turinsky@dlapiper.com
T   212.335.4566
F   917.778.8631

July 29, 2021
V<small>IA</small> ECF

The Honorable Alison J. Nathan
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/4/2021
```

**Re:   Michele Metcalf, et al. v. TransPerfect Global, Inc., et al.
Case No. 19-cv-10104 (AJN)**

Dear Judge Nathan:

This firm represents Defendant TransPerfect Translations International Inc. ("Defendant") in the above-referenced matter.  We write to request an adjournment of the status conference currently scheduled for September 3, 2021 to September 10, 2021.  The reason for the request is that I will be traveling out of state on the afternoon of September 3 for a previously scheduled family vacation and my partner, Garrett Kennedy, is also unavailable that day due to his vacation schedule.  Plaintiffs' counsel has consented to our request.

We thank the Court for its time and attention to this matter.

Respectfully submitted,

**DLA Piper LLP (US)**

/s/ Daniel Turinsky

Daniel Turinsky
Partner

DT:

cc:     All counsel of record (via ECF)

SO ORDERED.

*[signature]*

8/2/2021

> The conference is adjourned to September 10, 2021 at 3:45 P.M.