


DATE FILED: 10/12/21

October 8, 2021

**Via ECF**
Hon. Alison J. Nathan
United States District Judge
Thurgood Marshall United States District Courthouse
40 Foley Square
New York, NY 10007

Re:  *Metcalf v. TransPerfect Global Inc.*, No. 1:19-cv-10104-AJN-KHP (S.D.N.Y.)

Dear Judge Nathan,

We represent Plaintiffs in the above-captioned matter.  We write jointly with Defendant in accordance with Your Honor's August 30, 2021 Order directing the Parties to file a joint letter on the status of discovery following a discovery conference with Magistrate Judge Katherine H. Parker, which was then scheduled to be held on September 28, 2021.  ECF No. 109.

The discovery conference with Judge Parker has been rescheduled to October 12, 2021, at 3:00pm.  ECF No. 112.  As such, the Parties request permission to submit a joint status report, including at least two new dates for a post-discovery conference with Your Honor, by October 22, 2021. SO ORDERED.

We thank Your Honor for your continued attention to this matter.

                                                  Respectfully submitted,

By:    */s/Jeremiah Frei-Pearson*
        Jeremiah Frei-Pearson
        Andrew White
        **FINKELSTEIN, BLANKINSHIP,**
        **FREI-PEARSON & GARBER, LLP**
        One North Broadway, Suite 900
        White Plains, New York 10601
        Telephone: (914) 298-3281
        Facsimile: (914) 824-1561
        jfrei-pearson@fbfglaw.com

        **Derek Smith Law Group**
        Daniel S. Kirschbaum
        1 Penn Plaza #4905
        New York, New York 10119
        Telephone:  212-587-076-
        dkirschbaum@dereksmithlaw.com

        *Attorneys for Plaintiffs and the Class*

SO ORDERED.
ALISON J. NATHAN, U.S.D.J.
10/12/21