```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 01/06/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
MICHELE METCALF and HANNAH
LAWSON, individually and on behalf of all
others similarly situated,

                    Plaintiffs,

-against-

TRANSPERFECT TRANSLATIONS
INTERNATIONAL, INC.,

                    Defendants.
-----------------------------------------------------------------X

**ORDER CONVERTING SETTLEMENT CONFERENCE TO TELEPHONIC**

19-CV-10104 (AJN) (KHP)

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

      The Settlement Conference in this matter scheduled for **Wednesday, January 26, 2022 at 10:00 a.m.** is hereby converted to a telephonic conference. The Parties' should call into the court conference line at **(866) 434-5269 Code: 4858267** at the scheduled time. **A security code will be emailed to counsel by chambers for his proceeding.** Pre-conference submissions must be received by the Court no later than **January 19, 2022 by 5:00 p.m.**

      SO ORDERED.

Dated: January 6, 2022
       New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge