```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 01/26/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
MICHELE METCALF and HANNAH
LAWSON, individually and on behalf of all
others similarly situated,

                                    Plaintiffs,                              **ORDER SCHEDULING CASE**
                                                                             **MANAGEMENT CONFERENCES**
                        -against-
                                                                             **19-CV-10104 (AJN) (KHP)**
TRANSPERFECT TRANSLATIONS
INTERNATIONAL, INC.,

                                    Defendants.

-------------------------------------------------------------------X
**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

         A series of telephonic Case Management conferences in this matter are hereby

scheduled for the following dates.  **The parties shall file a joint status letter that includes**

**agenda items one week in advance of each conference.  The letters shall be no more than five**

**pages in length.** Counsel is directed to call into the court conference line at the scheduled

times.  **Please dial (866) 434-5269 Code: 4858267.**

         **Thursday, March 24, 2022 at 12:30 p.m.**

         **Wednesday, April 20, 2022 at 11:00 a.m.**

         **Thursday, May 25, 2022 at 10:00 a.m.**

         **Wednesday, June 29, 2022 at 11:00 a.m.**

         **Thursday, July 21, 2022 at 11:00 a.m.**

         **Thursday, August 18, 2022 at 10:00 a.m.**

**Thursday, September 22, 2022 at 10:00 a.m.**

SO ORDERED.

Dated: January 26, 2022
     New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge