


**DLA Piper LLP (US)**
1251 Avenue of the Americas
27th Floor
New York, New York 10020-1104
www.dlapiper.com

Daniel Turinsky
Daniel.Turinsky@dlapiper.com
T  212.335.4566
F  917.778.8631

April 19, 2022

**Via ECF**
Hon. Katharine H. Parker
United States Magistrate Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

**APPLICATION GRANTED**
Hon. Katharine H. Parker, U.S.M.J.
04/19/2022

Re: *Metcalf v. TransPerfect Global Inc.*, No. 1:19-cv-10104 (ER) (KHP)

Dear Judge Parker:

We represent Defendant TransPerfect Translations International Inc. ("TransPerfect") in the above-captioned matter. We write jointly with Plaintiffs to request an adjournment of the Case Management Conference scheduled for April 20, 2022.

TransPerfect filed a motion to dismiss for lack of subject matter jurisdiction on February 25, 2022 (ECF Nos. 131-134), which has been referred to Your Honor for a Report and Recommendation. ECF No. 135. Defendant's reply to Plaintiffs' opposition to the motion to dismiss is due May 2, 2022. ECF No. 147.

There are no outstanding discovery matters which require the Court's intervention at this time.

Given the pending motion to dismiss and the absence of any outstanding discovery matters, the parties respectfully request an adjournment of tomorrow's Case Management Conference.

We thank Your Honor for your continued attention to this matter.

Respectfully submitted,

**DLA Piper LLP (US)**

/s/ Daniel Turinsky

Daniel Turinsky
Partner