```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/8/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
MICHELE METCALF and HANNAH
LAWSON, individually and on behalf of all
others similarly situated,

                         Plaintiffs,                      **ORDER SCHEDULING ORAL ARGUMENT**

       -against-                                            **19-CV-10104 (AJN) (KHP)**

TRANSPERFECT TRANSLATIONS
INTERNATIONAL, INC.,

                         Defendant.
-----------------------------------------------------------------X

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

      An Oral Argument on Defendant's Motion to Dismiss the Second Amended Complaint (ECF No. 131) is scheduled on **Monday, July 11, 2022 at 2:30 p.m.** before Magistrate Judge Parker in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York. In particular, Parties should be prepared to discuss Defendant's argument, raised for the first time on reply (ECF No. 151), that Plaintiffs lack standing to maintain claims for violations of statutory wage statement requirements under NYLL § 195(3).

**SO ORDERED.**

Dated: June 8, 2022
       New York, New York

                                                            */s/ Katharine H. Parker*
                                                            KATHARINE H. PARKER
                                                            United States Magistrate Judge