


DLA Piper LLP (US)
1251 Avenue of the Americas
27th Floor
New York, New York 10020-1104
www.dlapiper.com

Daniel Turinsky
Daniel.Turinsky@dlapiper.com
T  212.335.4566
F  917.778.8631

June 9, 2022

VIA ECF

Hon. Katharine H. Parker
United States Magistrate Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

Re:   *Metcalf v. TransPerfect Global Inc.*, **No. 1:19-cv-10104 (ER) (KHP)**

Dear Judge Parker :

    We represent Defendant TransPerfect Translations International Inc. ("TransPerfect") in the above-captioned matter. I write to request an adjournment of the Oral Argument on TransPerfect's Motion to Dismiss the Second Amended Complaint scheduled for July 11, 2022. *See* ECF No. 162. I am lead counsel for TransPerfect and I will be traveling out of state in connection with a previously scheduled engagement from July 11 through July 19. Accordingly, I request that the Court adjourn Oral Argument to any day during the weeks of July 25 or August 1. Plaintiffs consent to this request and are available during the proposed dates.

    No previous request for an adjournment of the Oral Argument has been made.

    We thank Your Honor for your continued attention to this matter.

Respectfully submitted,

/s/ *Daniel Turinsky*

---

The Oral Argument is rescheduled from July 11, 2022 at 2:30 p.m., to **June 29, 2022, at 11:00 a.m.**, in place of the Case Management Conference currently scheduled on that date and time. The argument will be telephonic. At the scheduled time, counsel shall call the Court conference at (866) 434-5269, Code: 4858267.

The clerk of the court is respectfully directed to adjourn *sine die* the Oral Argument scheduled on July 11, 2022 at 2:30 p.m. (ECF No. 162) and convert the Case Management Conference scheduled on June 29, 2022 at 11:00 a.m. (ECF No. 128) to an Oral Argument.

SO ORDERED:

*Katharine H. Parker*
HON. KATHARINE H. PARKER
UNITED STATES MAGISTRATE JUDGE  6/10/2022