UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
MICHELE METCALF and HANNAH
LAWSON, individually and on behalf of all
others similarly situated,

                       Plaintiffs,                        **ORDER**

       -against-                             19-CV-10104 (ER) (KHP)

TRANSPERFECT TRANSLATIONS
INTERNATIONAL, INC.,

                       Defendants.
-----------------------------------------------------------------X

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

     As discussed during the case management conference on July 21, 2022, fact and expert discovery shall be extended to 90 days after the court's decision on Plaintiffs' anticipated motion for class certification.

**SO ORDERED.**

Dated: July 21, 2022
       New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge