```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
MICHELE METCALF and HANNAH
LAWSON, individually and on behalf of all
others similarly situated,

                          Plaintiffs,                    ORDER

              -against-                          19-CV-10104 (ER) (KHP)

TRANSPERFECT TRANSLATIONS
INTERNATIONAL, INC.,

                          Defendants.
-----------------------------------------------------------------X
```

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

On May 19, 2023, Defendant filed a motion to preclude Plaintiffs' expert report and testimony of Plaintiffs' expert witness. (ECF No. 228.) On May 31, 2023, Plaintiffs filed a letter arguing that Defendant's motion is procedurally premature because Defendant neglected to request a pre-motion conference as required by my Individual Rules. (ECF No. 234.) Plaintiffs' letter also raises substantive arguments in opposition to Defendant's motion and seeks leave to move to strike the motion or in the alternative, to move to preclude Defendant's expert report and testimony of Defendant's expert witness. On June 2, 2023, Defendant filed a letter stating that it was not required to file a pre-motion letter because its motion is connected to Plaintiff's motion for class certification and needed to be contemporaneously filed with its opposition to Plaintiff's motion.

While Defendant should have requested a pre-motion conference in accordance with my rules, the motion is not substantively premature, and in the interest of efficiency, the Court waives the requirement for Defendant to file a pre-motion letter in this instance.

Plaintiffs shall file an opposition to Defendant's motion and any motion to preclude Defendant's expert by **Monday, July 10, 2023**. Defendant's opposition brief shall be filed by **Thursday, August 10, 2023**.

**SO ORDERED.**

Dated: June 8, 2023
       New York, New York

                                                  KATHARINE H. PARKER
                                                  United States Magistrate Judge