```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
MICHELE METCALF and HANNAH
LAWSON, individually and on behalf of all
others similarly situated,

                            Plaintiffs,                                      ORDER

              -against-                                               19-CV-10104 (ER) (KHP)

TRANSPERFECT TRANSLATIONS
INTERNATIONAL, INC.,

                            Defendants.
-----------------------------------------------------------------X
```

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

On June 10 and 12, 2023, counsel for Plaintiffs sent emails to Chambers regarding their Reply brief and indicated that they were having issues accessing the ECF system. The Court understands that the issues accessing the ECF system are resolved. Accordingly, Plaintiffs are directed to file on ECF the correspondence that was previously sent to the Court by email, and to ensure that any requests of the Court are filed on ECF in accordance with my Individual Rules. The Court generally does not except email communications from parties except for settlement conference submissions, *in camera* submissions, and requests for reasonable accommodations on account of disability or religion, which may be emailed to the Court.

**SO ORDERED.**

Dated: June 12, 2023
        New York, New York

*Katharine H Parker*
KATHARINE H. PARKER
United States Magistrate Judge