

**FBFG** | Finkelstein, Blankinship, Frei-Pearson & Garber, LLP

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/13/2023
```

VIA ECF
Hon. Katherine H. Parker
United States Magistrate Judge
500 Pearl Street, Courtroom 17D
New York, NY 10007

June 12, 2023

Re:   *Metcalf v. TransPerfect Translations Int'l, Inc.*, **No. 1:19-cv-10104-ER-KHP**

Dear Judge Parker,

    This morning our office filed the below-referenced documents on the Court's CM/ECF system. A request to seal documents 241-1 and 243-2 was made in error during that process. The ECF Clerk informed us that an 'internal' seal was placed on these documents and directed us to email Your Honor's chambers to request that the seals on ECF No. 241-1 and 243-2 be lifted. The documents were correctly filed on the docket, publicly, in accordance with ECF Filing Rule 21.7 and do not need to be under seal.

    We apologize for any inconvenience, and we thank Your Honor for your continued attention to this matter.

    Respectfully submitted,

By:   */s/ Jeremiah Frei-Pearson*
Jeremiah Frei-Pearson
Andrew C. White
FINKELSTEIN, BLANKINSHIP,
FREI-PEARSON & GARBER, LLP
One North Broadway, Suite 900
White Plains, New York 10601
Tel: (914) 298-3281
Fax: (914) 824-1561
jfrei-pearson@fbfglaw.com
awhite@fbfglaw.com

*Attorneys for Plaintiffs and the Putative Class*

CC: All Counsel of Record via ECF

---

The Clerk of the Court is respectfully directed to unseal the documents at ECF Nos. 241-1 and 243-2.

SO ORDERED:

*Katharine H. Parker*
HON. KATHARINE H. PARKER
UNITED STATES MAGISTRATE JUDGE   6/13/2023