**FBFG** | Finkelstein, Blankinship, Frei-Pearson & Garber, LLP

ONE NORTH BROADWAY, SUITE 900
WHITE PLAINS, NY 10601
Phone: (914) 298-3281
Fax: (845) 562-3492
www.fbfglaw.com

October 10, 2023

**VIA ECF**
Hon. Katharine H. Parker
United States District Magistrate Judge
Daniel Patrick Moynihan United States District Courthouse
500 Pearl Street
New York, NY 10007

Re:   *Metcalf, et al. v. TransPerfect Translations Int'l, Inc.,* No. 1:19-cv-10104-ER-KHP

Dear Judge Parker,

On behalf of Plaintiffs Michele Metcalf and Hannah Lawson ("Plaintiffs") and the proposed Class in the above-captioned case, we write jointly with counsel for Defendant TransPerfect Translations International, Inc. ("Defendant") in accordance with Your Honor's request at the October 3, 2023 Conference for the parties to file a joint status letter. *See* Status Conf. Tr. at 71:17-72:6, Oct. 3, 2023.

While Plaintiffs are interested in engaging in productive and good-faith settlement discussions, Defendant does not believe a settlement conference would be productive at this time. We thank the Court for Your Honor's time and consideration of this matter.

Respectfully submitted,

*/s/ Jeremiah Frei-Pearson*
Jeremiah Frei-Pearson
Andrew C. White
Erin Kelley
**FINKELSTEIN, BLANKINSHIP,**
**FREI-PEARSON AND GARBER LLP**
One North Broadway, Suite 900
White Plains, NY 10601
914-298-3284
Fax: 914-908-6722
jfrei-pearson@fbfglaw.com
awhite@fbfglaw.com
ekelley@fbfglaw.com

*Attorneys for Plaintiffs and the Class*

CC: All Counsel of Records via ECF