USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/13/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
MICHELE METCALF and HANNAH
LAWSON, individually and on behalf of all
others similarly situated,

                          Plaintiffs,                          **ORDER**

       -against-                                      19-CV-10104 (ER) (KHP)

TRANSPERFECT TRANSLATIONS
INTERNATIONAL INC.,

                          Defendant.
------------------------------------------------------------------X

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

      The parties shall jointly design and distribute a survey of those employees and former employees who fall within the proposed class – as narrowed by the Court's Report and Recommendation issued on November 6, 2023 – in an effort to determine hours worked during the relevant time period.

      The parties shall submit a proposed survey to the Court by **Wednesday, December 13, 2023**, along with a letter outlining the parties' proposed methodology for distributing the survey and collecting responses. To the extent the parties disagree as to what to include in the survey and/or the methodology for distributing the survey and collecting responses, the parties shall succinctly outline such disputes in their letter.

      Moreover, the Court agrees with Plaintiffs that a protective order is likely necessary in connection with the survey. The parties shall meet and confer in an effort to reach an agreement as to a proposed protective order. To the extent they cannot reach agreement, they shall state their positions as to the protective order in their December 13 letter. If the parties

agree on a protective order, they shall submit one contemporaneously with the December 13 letter for the Court to so-order.

The parties' December 13 letter shall not exceed 10 pages in length and shall succinctly state any disputes without providing a blow-by-blow of the parties' meet-and-confer process.

A Case Management Conference is scheduled on **Thursday, January 4, 2024 at 2:30 p.m.** in Courtroom 17-D, U.S. Courthouse, 500 Pearl Street, New York NY to discuss any disputes regarding the survey and protective order.  The parties shall meet and confer in good faith in an effort to narrow any disputes to the greatest extent possible in advance of the conference.  In the event the parties have no disputes to discuss at the January 4 Conference, they should write to the Court by December 29, 2023 requesting that the conference be adjourned.

**The Clerk of the Court is directed to terminate the motions at ECF Nos. 272 and 273.**

**SO ORDERED.**

Dated: November 13, 2023
New York, New York

_Katharine H. Parker_
KATHARINE H. PARKER
United States Magistrate Judge

2