USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/4/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
MICHELE METCALF and HANNAH LAWSON, individually and on behalf of all others similarly situated,

                Plaintiffs,

-against-

TRANSPERFECT TRANSLATIONS INTERNATIONAL INC.,

                Defendant.
-----------------------------------------------------------------X

**ORDER**

**19-CV-10104 (ER) (KHP)**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

As discussed at the January 4, 2024 Case Management Conference, the parties shall file a joint status letter by **February 15, 2024** that provides an update as to the parties' exchange of pertinent information including start and end dates, rate of pay, position, and department for each individual who falls within the class definition as recommended in my Report and Recommendation. The status letter shall also state whether the parties would like the Court to schedule a settlement conference in this matter.

      **SO ORDERED.**

Dated: January 4, 2024
       New York, New York

                                                  *Katharine H. Parker*
                                               KATHARINE H. PARKER
                                               United States Magistrate Judge