USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/2/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
MICHELE METCALF and HANNAH
LAWSON, individually and on behalf of all
others similarly situated,

         Plaintiffs,        **ORDER**

   -against-          **19-CV-10104 (ER) (KHP)**

TRANSPERFECT TRANSLATIONS
INTERNATIONAL INC.,

         Defendant.
-------------------------------------------------------------------X

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

  As discussed at the April 2, 2024 Case Management Conference, a Case Management Conference is scheduled for **Thursday, May 16, 2024 at 11:00 a.m.** in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York NY.

  In addition, the parties are directed to revise the Survey of Class Members in accordance with the Court's direction at the Conference.

  **SO ORDERED.**

Dated: April 2, 2024
   New York, New York

                 _____
                 KATHARINE H. PARKER
                 United States Magistrate Judge