```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/16/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
MICHELE METCALF and HANNAH
LAWSON, individually and on behalf of all
others similarly situated,

                           Plaintiffs,                     **ORDER**

             -against-                               **19-CV-10104 (ER) (KHP)**

TRANSPERFECT TRANSLATIONS
INTERNATIONAL INC.,

                          Defendant.
-------------------------------------------------------------------X

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

      The parties have reached agreement as to the Notice to the Class and Survey of Class Members, and the Court approves of both. Accordingly, the parties shall send the Notice and Survey to the class members by **Tuesday, April 30, 2024**. On **Tuesday, May 7, 2024**, the parties shall submit a joint status letter updating the Court as to the status of notifying the class, as well as discovery generally, and providing agenda items for the case management conference that is already scheduled to occur on **Thursday, May 16, 2024**.

      **SO ORDERED.**

Dated: April 16, 2024
       New York, New York

                                                    *Katharine H. Parker*
                                               KATHARINE H. PARKER
                                               United States Magistrate Judge