```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:__6/4/2024__
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
MICHELE METCALF and HANNAH
LAWSON, individually and on behalf of all
others similarly situated,

                                    Plaintiffs,                          **ORDER**

                    -against-                                      **19-CV-10104 (ER) (KHP)**

TRANSPERFECT TRANSLATIONS
INTERNATIONAL INC.,

                                    Defendant.
-----------------------------------------------------------------X
**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**


        On May 31, 2024, Plaintiff filed several letters in connection with a dispute between the

parties concerning the confidentiality designation of documents Defendant produced in

discovery. (ECF Nos. 316-318.) Such dispute will be discussed at the upcoming Case

Management Conference scheduled for **Wednesday, June 12, 2024** at 3:45 p.m.


        **SO ORDERED.**

Dated: June 4, 2024
        New York, New York                    _Katharine H Parker_
                                               _____
                                               KATHARINE H. PARKER
                                               United States Magistrate Judge