```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
MICHELE METCALF and HANNAH
LAWSON, individually and on behalf of all
others similarly situated,

                         Plaintiffs,                              ORDER

              -against-                                    19-CV-10104 (ER) (KHP)

TRANSPERFECT TRANSLATIONS
INTERNATIONAL INC.,

                         Defendant.
----------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __6/13/2024__

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

As discussed at the June 12, 2024 Case Management Conference:

    Defendant's partial motion for summary judgment shall be filed by **Friday, September 27, 2024**. Plaintiffs' opposition shall be filed by **Thursday, October 31, 2024**, and Defendant's reply shall be filed by **Monday, November 11, 2024**.

    The discovery deadline is extended to **Thursday, October 31, 2024**.

    The Stipulated Protective Order governing discovery in this case, located at ECF No. 88 (the "Protective Order") is hereby modified such that documents produced in the present dispute may be used in the action filed in the Supreme Court of the State of New York, New York County, Docket No. 154137/2024, subject to the same rules set forth in the Protective Order.  Plaintiffs' request for leave to file a motion concerning de-designation of documents as confidential is DENIED as moot without prejudice.

    The parties shall file a joint status letter with the Court by **August 9, 2024**, updating the Court on the status of the deposition of Carol Chuang, the date of mediation, and discovery.

The Clerk of Court is respectfully directed to terminate the motions at ECF Nos. 316, 317, 318, and 320.

**SO ORDERED.**

Dated: June 13, 2024
       New York, New York

*Katharine H. Parker*
_____
KATHARINE H. PARKER
United States Magistrate Judge