UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
MICHELE METCALF and HANNAH
LAWSON, individually and on behalf of all
others similarly situated,

                                    Plaintiffs,

                    -against-

TRANSPERFECT TRANSLATIONS
INTERNATIONAL INC.,

                                    Defendant.
-----------------------------------------------------------------X

**USDC SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
DOC #:_____
DATE FILED:  11/15/2024

**ORDER AMENDING PROTECTIVE**
**ORDER**

**19-CV-10104 (ER) (KHP)**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

        The Protective Order at ECF No. 88 is hereby amended as follows:  Documents produced

in this action pursuant to the Protective Order may be requested, exchanged and utilized in

wage and hour arbitrations against Defendant to the extent they are relevant to the

plaintiff's/employee's individual claim against Defendant (and its affiliates/subsidiaries) and

permitted by the presiding arbitrator without the need to separately request permission from

this Court to do so.  However, any such documents exchanged and utilized in any such

arbitration will still be subject to the Protective Order at ECF No. 88 and may not be used for

purposes not otherwise authorized by this Court.

                **SO ORDERED.**

Dated: November 15, 2024
         New York, New York

                                    _Katharine H Parker_____
                                    KATHARINE H. PARKER
                                    United States Magistrate Judge