```
STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

MICHELE METCALF and HANNAH
LAWSON, individually and on behalf of all
others similarly situated,

                              Plaintiffs,                                    ORDER

              -against-                                                19-CV-10104 (ER) (KHP)

TRANSPERFECT TRANSLATIONS
INTERNATIONAL, INC.,

                              Defendant.
-----------------------------------------------------------------X
```

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

The Court is in receipt of Plaintiffs' letter at ECF No. 387 arguing that Defendant should be sanctioned, as well as Defendant's letter at ECF No. 395 requesting to file a substantive response to Plaintiffs' letter. Because Plaintiffs did not follow the undersigned's Individual Rules, which requires parties to file a letter for a pre-motion conference before filing a motion for sanctions, the Court does not construe Plaintiff's letter as a motion for sanctions or a request for a conference, and therefore briefing on this issue is not required at this time. Nevertheless, Plaintiffs' contention that Defendant should be sanctioned will be discussed at the upcoming telephonic Case Management Conference on **January 3, 2025 at 12:00 p.m.**

**SO ORDERED.**

Dated: December 17, 2024
       New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge