# FBFG | Finkelstein, Blankinship, Frei-Pearson & Garber, LLP

ONE NORTH BROADWAY, SUITE 900
WHITE PLAINS, NY 10601
Phone: (914) 298-3281
Fax: (845) 562-3492
www.fbfglaw.com

November 21, 2024

**VIA ECF**
Hon. Katharine H. Parker
United States Magistrate Judge
500 Pearl St.
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/26/2024

**MEMO ENDORSED**

Re:   *Metcalf, et al. v. TransPerfect Translations Int'l, Inc.*, No. 1:19-cv-10104-ER-KHP

Dear Judge Parker,

We represent Plaintiffs Michele Metcalf and Hannah Lawson (collectively, "Plaintiffs") in the above referenced case. Pursuant to Your Honor's Individual Rule 1(C), we write to respectfully request an adjournment to the January 3, 2025 court conference, as the Plaintiffs are no longer able to attend due to the holidays and conflicting obligations. This is the Plaintiffs' first request for an adjournment to this conference, and the Defendant consents to this request. The Parties propose January 9 or January 10, 2025, as alternative dates for the conference.

We thank Your Honor for your attention in this matter.

**APPLICATION GRANTED:** The telephonic case management conference in this matter scheduled for Friday, January 3, 2025 at 12:00 p.m. is hereby rescheduled to <u>Wednesday, January 15, 2025 at</u> 12:00 p.m. Please dial 646-453-4442; conference ID: 570 325 914

APPLICATION GRANTED

*Katharine H. Parker*
Hon. Katharine H. Parker, U.S.M.J.
12/26/2024

Respectfully submitted,

*/s/ Jeremiah Frei-Pearson*
Jeremiah Frei-Pearson
Erin Kelley
**FINKELSTEIN, BLANKINSHIP,
FREI-PEARSON AND GARBER LLP**
One North Broadway, Suite 900
White Plains, NY 10601
914-298-3284
Fax: 914-908-6722
jfrei-pearson@fbfglaw.com
ekelley@fbfglaw.com

*Attorneys for Plaintiffs and the Class*

CC: All Counsel of Records via ECF