```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
MICHELE METCALF and HANNAH
LAWSON, individually and on behalf of all
others similarly situated,

                            Plaintiffs,               POST-CONFERENCE ORDER AND
                                                      RULING ON DISCOVERY MOTIONS
            -against-
                                                           19-CV-10104 (ER) (KHP)
TRANSPERFECT TRANSLATIONS
INTERNATIONAL INC.,

                            Defendant.
-----------------------------------------------------------------X
```

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

As discussed at the January 15, 2025 Case Management Conference, Plaintiffs' request to reference in arbitration demands deposition testimony and emails designated confidential in this case is DENIED.

Defendant's request to compel the production of (i) a spreadsheet Plaintiff Lawson created while employed by Defendant that calculated the hours she worked, and (ii) personal, non-work-related communications sent by Plaintiffs Metcalf and Lawson at times they contend they were engaged in compensable work for Defendant (requested in Defendant's document requests nos. 56 and 57) are DENIED as not proportional to the needs of the case.

As to Plaintiffs' motions to seal at ECF Nos. 370 and 384, those motions are denied without prejudice because they do not meet the standard for sealing under *Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110, 124 (2d Cir. 2006).  However, Plaintiffs may refile the motions with only the following information redacted: information concerning compensation of an

individual employee and personal contact information of individual employees (i.e. personal email addresses).

**The Clerk of Court is respectfully directed to terminate the motions at ECF Nos. 370, 371, 372 and 384**. Further, the Clerk of Court is directed to keep the documents at ECF Nos. **371 and 385 under seal.**

SO ORDERED.

Dated: January 15, 2025
New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge