```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/24/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
MICHELE METCALF and HANNAH
LAWSON, individually and on behalf of all
others similarly situated,

                       Plaintiffs,                              **ORDER**

        -against-                               19-CV-10104 (ER) (KHP)

TRANSPERFECT TRANSLATIONS
INTERNATIONAL INC.,

                       Defendant.
-----------------------------------------------------------------X

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

      The Court thanks the parties for their submission regarding whether the issue of the method of calculating damages should be briefed. After full consideration, the Court will not order additional briefing at this time.

      In addition, the Case Management Conference currently scheduled for March 10, 2025 is hereby adjourned *sine die*. The parties are directed to file a status letter with the Court by **March 10, 2025** informing the Court whether any discovery remains.

      Finally, in its Post-Conference Order on January 15, 2025, the Court denied Plaintiff's motions to seal at ECF Nos. 370 and 384 without prejudice, directing Plaintiffs to refile the motions with revised redactions. (ECF No. 406.) Plaintiffs have not done so. **Accordingly, the Clerk of Court is respectfully directed to unseal the filings at ECF Nos. 371 and 385.**

**SO ORDERED.**

Dated: February 24, 2025
       New York, New York

                                                                                        _____
                                                                                        KATHARINE H. PARKER
                                                                                        United States Magistrate Judge