UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
MICHELE METCALF and HANNAH
LAWSON, individually and on behalf of all
others similarly situated,

                                    Plaintiffs,

                    -against-

TRANSPERFECT TRANSLATIONS
INTERNATIONAL INC.,

                                    Defendant.
-------------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  3/12/2025
```

**ORDER**

**19-CV-10104 (ER) (KHP)**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

        The Court is in receipt of the parties' joint letter requesting additional time to complete

expert discovery. (ECF No. 431.)  The Court sets the following schedule: Expert discovery will

close 90 days following the District Court's ruling on the undersigned's report and

recommendation concerning the motion for decertification.  Affirmative expert reports are due

30 days after the District Court's ruling, and rebuttal reports are due 30 days thereafter.


        **SO ORDERED.**

Dated: March 12, 2025
        New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge