UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

MICHELE METCALF and HANNAH
LAWSON, individually and on behalf of all
others similarly situated,

                Plaintiffs,

       -against-

TRANSPERFECT TRANSLATIONS
INTERNATIONAL, INC.,

              Defendants.

------------------------------------------------------------------X

**ORDER**

**19-CV-10104 (ER) (KHP)**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

In view of the March 30, 2026 Opinion and Order issued by Judge Ramos on the decertification motion (ECF No. 463), and the Court's scheduling order noting that expert discovery will close 90 days after said Order (ECF No. 433), the parties to this action shall file a status letter update regarding the progress of expert discovery on or before **May 15, 2026**.

      **SO ORDERED.**

Dated: April 8, 2026
      New York, New York

KATHARINE H. PARKER
United States Magistrate Judge