USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/22/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
MICHELE METCALF and HANNAH LAWSON, individually and on behalf of all others similarly situated,

Plaintiffs,

-against-

TRANSPERFECT TRANSLATIONS INTERNATIONAL INC.,

Defendant.
-----------------------------------------------------------------X

TEMPORARY SEALING ORDER

19-CV-10104 (ER) (KHP)

KATHARINE H. PARKER, United States Magistrate Judge:

In the above-captioned action, Judge Ramos granted Plaintiffs' motion for a temporary seal ahead of Defendant's briefing on its motion to seal. Therefore, in light of Judge Ramos's July 17, 2026 Order the Parties' motion to seal the corrected final arbitration award is granted.

The Clerk of the Court is directed to terminate the motions at ECF Nos. 480 and 483.

Dated: July 22, 2026
New York, New York

Katharine H Parker
KATHARINE H. PARKER
United States Magistrate Judge