USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/10/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

MICHELE METCALF and HANNAH LAWSON, individually and on behalf of all others similarly situated,

Plaintiffs,

-against-

TRANSPERFECT TRANSLATIONS INTERNATIONAL, INC.,

Defendants.

---------------------------------------------------------------X

**ORDER REGARDING ANTICIPATED MOTION TO MODIFY CLASS DEFINITION**

**19-CV-10104 (ER) (KHP)**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

The Court is in receipt of the Parties' joint status letter concerning the Court's direction at the last conference that they meet and confer about a possible stipulation regarding a change to the class definition based on the outcome of an arbitration involving Ms. Callahan. Insofar as the parties do not agree on language, the issue of any change to a class definition must be the subject of briefing. However, the Court finds such briefing premature insofar as there is a pending motion to confirm the arbitration, and the outcome of that motion may impact the class definition issue.

At this time, Plaintiff's motion to amend the complaint, which contemplates making a correction to a clerical mistake in a statutory citation and the addition of a new defendant, must utilize the current class definition.

The Court will set a briefing schedule for a motion to modify the class definition and include Ms. Callahan in the class definition after a ruling on the motion to confirm the arbitration.

**SO ORDERED.**

Dated: August 10, 2026
New York, New York

Katharine H Parker

KATHARINE H. PARKER
United States Magistrate Judg