USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/21/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
MICHELE METCALF and HANNAH LAWSON, individually and on behalf of all others similarly situated,

Plaintiffs,

-against-

TRANSPERFECT TRANSLATIONS INTERNATIONAL INC.,

Defendant.
-----------------------------------------------------------------X

**TEMPORARY SEALING ORDER**

**19-CV-10104 (ER) (KHP)**

**KATHARINE H. PARKER, United States Magistrate Judge:**

In the above-captioned action, Judge Ramos granted Plaintiffs' motion for a temporary seal ahead of Defendant's briefing on its motion to seal. Therefore, in light of Judge Ramos's July 17, 2026 Order and this Court's July 23, 2026 Order, the Plaintiffs' request at ECF No. 511 to preliminarily seal its Reply to Defendant's Motion to Seal is granted.

**The Clerk of the Court is directed to terminate the motion at ECF No. 511.**

Dated: August 21, 2026

New York, New York

Katharine H Parker

KATHARINE H. PARKER
United States Magistrate Judge