FBFG | Finkelstein, Blankinship, Frei-Pearson & Garber, LLP

One North Broadway, Suite 900
WHITE PLAINS, NY 10601
Phone: (914) 298-3281
Fax: (845) 562-3492
www.fbfglaw.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/24/2026

In light of Judge Ramos's July 17, 2026 Order and this Court's July 23, 2026 Order, the Plaintiffs' request at ECF No. 518 to preliminarily seal its Motion for Leave to File a Fourth Amended Complaint is granted. **The Clerk of the Court is respectfully directed to terminate the pending motion at ECF No. 518.**

**Re:** ***Metcalf v. TransPerfect Translations Int'l, Inc.*, No. 1:19-cv-10104-ER-KHP**
**Letter-Motion to Seal**

Dear Judge Parker,

We write on behalf of the Plaintiffs, the certified Class, and the putative Class in the above captioned case. We respectfully ask for the reasons laid out in Plaintiffs' previous motion to seal at ECF No. 473 and in light of Judge Ramos' Order temporarily granting sealing at ECF No. 479, that Your Honor preliminarily seal and permit redactions of the Motion for Leave to File Fourth Amended Complaint, along with the associated memorandum of law, and the supporting Declaration of Jeremiah Frei-Pearson and the exhibits attached thereto.

We thank Your Honor for your continued attention to this matter.

Dated: August 21, 2026
White Plains, New York

Respectfully submitted,

By: */s/ Jeremiah Frei-Pearson*

Jeremiah Frei-Pearson
Erin Raye Kelley
**FINKELSTEIN, BLANKINSHIP, FREI-PEARSON & GARBER, LLP**
One North Broadway, Suite 900
White Plains, New York 10601
Tel: (914) 298-3281
Fax: (914) 824-1561
jfrei-pearson@fbfglaw.com
ekelley@fbfglaw.com

*Attorneys for Plaintiffs and the Class*

**APPLICATION GRANTED**

Katharine H Parker

**Hon. Katharine H. Parker, U.S.M.J.**

8/24/2026

CC: All Counsel of Records via ECF