USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/24/2026

Finkelstein, Blankinship,
Frei-Pearson & Garber, LLP

One North Broadway, Suite 900
WHITE PLAINS, NY 10601
Phone: (914) 298-3281
Fax: (845) 562-3492
www.fbfglaw.com

September 23, 2026

**BY ECF**
Hon. Katharine H. Parker
United States Magistrate Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

In light of Judge Ramos's July 17, 2026 Order and this Court's July 23, 2026 Order, the Plaintiffs' request at ECF No. 534 to preliminarily seal its Reply in support of its Motion to Confirm the Arbitration is granted. **The Clerk of the Court is respectfully directed to terminate the pending motion at ECF No. 534.**

**Re:** ***Metcalf v. TransPerfect Translations Int'l, Inc.*, No. 1:19-cv-10104-ER-KHP**
**Letter-Motion to Seal**

Dear Judge Parker,

We write on behalf of the Plaintiffs Michele Metcalf, Hannah Lawson, the certified Class, (collectively, "Plaintiffs"), and Katharine Harrington (*née* Callahan) in the above captioned case. We respectfully ask that—for the reasons laid out in Plaintiffs' motion to seal, ECF No. 473, and in light of Judge Ramos's Order temporarily granting sealing, ECF No. 479—Your Honor preliminarily seal and/or permit the proposed redactions of Plaintiffs' Memorandum Of Law In Further Support Of Plaintiffs' Motion To Confirm Final Arbitration Award and associated filings. Plaintiffs and Ms. Callahan note, however, that they do not seek to unseal any sensitive information that may independently warrant continued sealing. *See, e.g.*, ECF No. 516-4, 516-22.

We thank Your Honor for your continued attention to this matter.

Dated: September 23, 2026
White Plains, New York

Respectfully submitted,

By: */s/ Jeremiah Frei-Pearson*
Jeremiah Frei-Pearson
Erin Raye Kelley
**FINKELSTEIN, BLANKINSHIP,**
**FREI-PEARSON & GARBER, LLP**
One North Broadway, Suite 900
White Plains, New York 10601
Tel: (914) 298-3281
Fax: (914) 824-1561
jfrei-pearson@fbfglaw.com
ekelley@fbfglaw.com

*Attorneys for Plaintiffs and the Class*

**APPLICATION GRANTED**
Katharine H Parker
**Hon. Katharine H. Parker, U.S.M.J.**
9/24/2026

CC: All Counsel of Records via ECF